# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| INTELLISOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER L. ESTEP (a/k/a CHRIS STONE), <br><br> Defendant. | Case No: <br><br> **EXHIBIT C** <br> **to the COMPLAINT** |

GREENVILLE 317126v1

August 8, 2013

Intellisoft, Inc.
243 E. Blackstock Road, Suite 2
Spartanburg, SC 29301

To the Board of Directors of Intellisoft, Inc.:

    Effective immediately, I hereby resign from my position as an officer and director of Intellisoft, Inc. I will continue to operate as an employee of Intellisoft.

        Very truly yours,

        Christopher L. Estep